UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**NICHOLAS M. PARKER**       )
                            )     Case Number 2:12-cv-07000
       **Plaintiff**         )
                            )
       **vs.**               )
                            )
**PORTFOLIO RECOVERY**       )
**ASSOCIATES, LLC**          )
**A WHOLLY-OWNED**           )
**SUBSIDIARY OF PORTFOLIO**  )
**RECOVERY ASSOCIATES, INC.** )
                            )
       **Defendant**         )
_____ )

## NOTICE OF VOLUNTARY DISMISSAL

   PLEASE TAKE NOTICE that plaintiff, Nicholas M. Parker, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

                            BY: _/s/ *Brent F. Vullings*
                            Brent F. Vullings, Esquire
                            Attorney for Plaintiff
                            bvullings@vullingslaw.com
                            Vullings Law Group, LLC
                            3953 Ridge Pike, Ste. 102
                            Collegeville, PA 19426
                            610-489-6060